No. 1048. HERSCHEL MARTIN BACON, BANKRUPT, PETITIONER, *v.* BUFFALO COLD STORAGE COMPANY. April 8, 1912. Petition for a writ of certiorari to the

United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Sam J. Hunter* for the petitioner. *Mr. Joseph M. McCormick* for the respondent.